# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DANIEL ELLIOT

NO. 2024 KW 0777

**OCTOBER 7, 2024**

---

In Re:   Daniel Elliot, applying for supervisory writs, 23rd Judicial District Court, Parish of Assumption, No. 2347, Div. E.

---

**BEFORE:   WOLFE, MILLER, AND GREENE, JJ.**

**WRIT DENIED AS MOOT.** The records of the Assumption Parish Clerk of Court's Office reflect that the district court acted on relator's motion to correct an illegal sentence on July 24, 2024.

**EW**
**SMM**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT